```
          FILED      LODGED
                  RECEIVED
          APR 15 2016
          CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON AT TACOMA
     BY                          DEPUTY
```

Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERON HOWARD,<br><br>    Defendant. | NO. CR14-5498RBL<br><br>[~~PROPOSED~~]<br>**FINAL ORDER OF FORFEITURE** |

  THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the property listed below.

  On January 15, 2016, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant TERON HOWARD's interest in each of the properties listed below. The property listed in paragraph (a) below is subject to forfeiture pursuant to Title 18, United States Code, Section 2253, because it was used and intended to be used to commit or to promote the commission of the offense to which the defendant has pleaded guilty; *Possession of Child Pornography*, as charged in Count One (1) of the Superseding Information, in violation of Title 18, United States Code, Sections 2252(a)(4) and (b)(2). The property listed in paragraph (b) below is subject to forfeiture because it constitutes the images themselves.

  Pursuant to Title 21, United States Code, Section 853(n), the United States published notice of the Preliminary Order of Forfeiture on the official government

website www.forfeiture.gov for thirty (30) consecutive days beginning on January 21, 2016, and ending on February 19, 2016, and of the intent of the United States to dispose of the property listed in paragraph (a) of the Preliminary Order of Forfeiture in accordance with the law. The notice further stated that any person, other than the defendant, having or claiming a legal interest in the above-described property was required to file a petition with the Court within sixty (60) days of the first date of publication of notice, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

IT IS ORDERED, ADJUDGED and DECREED that the following property seized from TERON HOWARD are hereby fully and finally condemned and forfeited to the United States in their entirety:

(a) One (1) Black Nokia Cell Phone; and

(b) Any and all visual depictions and images of minor children engaged in sexually explicit conduct.

///
///
///
///
///

Case 3:14-cr-05498-RBL Document 49 Filed 04/05/2016 Page 3 of 3

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest to the above-described property shall exist in any other party. The United States Department of Justice, and/or its authorized agents and/or representatives are authorized to dispose of the above-described property in accordance with law. Specifically, the depictions and images listed in paragraph (b) above shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 21, United States Code, Sections 853(i) and 881(e).

IT IS SO ORDERED.

DATED this 15th day of April, 2016.

_____
RONALD B. LEIGHTON
United States District Judge

Presented by:

s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov